In the Matter of DAIRYMEN'S LEAGUE COOPERATIVE ASSOCIATION, INC., Appellant, against JOHN M. MURTAGH, as Commissioner of Investigation of the City of New York, Respondent.

Argued February 24, 1949; decided May 19, 1949.

*Theodore Kiendl, Seward A. Miller* and *Spencer Byard* for appellant.

*John P. McGrath, Corporation Counsel (Charles F. Preusse, W. Bernard Richland, Bernard Friedlander* and *Barbara Carroll* of counsel), for respondent.

*Laurence Arnold Tanzer* for Commerce and Industry Association of New York, Inc., *amicus curiæ*, in support of appellant's position.

*Per Curiam.* We agree with the Appellate Division that in this investigation directed by the Mayor, the commissioner of investigation was authorized to subpœna the records and information herein sought from the appellant (New York City Charter, § 803, subd. 1). We also agree that the information sought by the subpœna duces tecum was relevant to the inquiry (*Matter of*

*Edge Ho Holding Corp.,* 256 N. Y. 374). We pass upon no other question. The order should be affirmed, with costs.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ., concur.

Order affirmed.